JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAIR ODEL HAYS,<br><br>    Plaintiff<br><br>    v.<br><br>J. BONNIFELD, et al.,<br><br>    Defendants. | Case No. 2:21-cv-4227-DOC (JEM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED THAT the above-captioned action is dismissed without leave to amend.

DATE: March 15, 2023

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE